United States District Court
District of Massachusetts (Boston)

Walter E. Palmer, Petitioner

v.

Lois Russo, in her capacity as Superintendent, Souza-Baranowski Correctional Center, Respondent

Case No.

Motion of Petitioner, Walter E. Palmer for Production and Filing in Court, certain Documents pursuant to, Fed. R. Civ. P. Rule 34

Now comes the above captioned petitioner, Walter E. Palmer, and respectfully states as follows:-

1.- Petitioner is presently being physically held, pending appeal, as a State of Massachusetts prisoner by the Commonwealth of Massachusetts Correctional Department at Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

2. Respondent, Lois Russo, in her capacity, is the Superintendent of Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts, 01464

3. Petitioner, Walter E Palmer's domicile and residence is Plymouth County, Commonwealth of Massachusetts, at 10 C Beals Cove Road, Hingham, Massachusetts 02043, with his wife, Eleanor G. Palmer.

— 1 of 4 —

4. Thomas F. Reilly, is the Attorney General of the Commonwealth of Massachusetts;

5. The petitioner Walter E. Palmer is a pro se incarcerated prisoner and unable to file with the court, as required, certain documents, under the care, custody and control of the Respondent, Lois Russo, in her capacity as Superintendant of Souza-Baranowski Correctional Center, "Property Department" P.O. Box 8000, Shirley, Massachusetts, which documents petitioner seeks to obtain physical custody, to file with the court in the above entitled case.

6. The documents being held by Respondent, Lois Russo, Superintindent of Souza-Baranowski Correctional Center, are (1) Certified copies of Indictments of Petitioner; (2) Certified copies of both the decisions of the Commonwealth of Massachusetts Supreme Judicial Court dated January 29, 2004 and (3) certified copy of Appeals Court; (4) Petitioner's Pro Se Application for Further Appellate Review to Commonwealth of Massachusetts Supreme Judicial Court; (5) Certified Copy of Docket Entries of Appeals Court and Commonwealth of

Massachusetts Suffolk County Docket entries and (6.) <u>Memorandum of Commonwealth of Massachusetts Suffolk County Superior Court Judge Joseph Grasso, Jr., as to Sentence</u> imposed on Petitioner by Judge Grasso; (7.) <u>Copy of Petitioner's Memorandum of Law In Support of Petitioner's Petition For Habeas Corpus</u>; (8.) Copy of Suffolk County Superior Court trial Court Exhibit 156, introduced into evidence by both the Commonwealth and the Petitioner.

7. That Thomas F. Reilly, in his capacity as Attorney General of the Commonwealth of Massachusetts, and as counsel in this case for the Respondent Lois Russo, Superintendent Souza-Baranowski Correctional Center, and at all times representing the Commonwealth of Massachusetts, in the criminal case involving the Petitioner Walter E. Palmer in the Courts of the Commonwealth of Massachusetts, file with this court a <u>full and complete set of trial court transcripts</u> (Suffolk Superior Courts) as Petitioner is unable to do so, <u>and</u> to file with this court <u>certified copies of Indictments</u>, in this case, together with minutes of the Grand Jury

— 3 of 4 —

8. **WHEREFORE**, the petitioner, Walter E Palmer respectfully moves, pursuant to Fed. R. Civ. P. Rule 34, and based upon fairness and justice, that court grant this motion allowing petitioner Access to all documents held under the care, custody and control of Respondent, Lois Russo, in her capacity as Superintendent of Souza-Baranowski Correctional Center, that belong to petitioner in order that petitioner can file with this court the documents as stated supra in this motion and

that Thomas F. Reilly, in his capacity, as Attorney General of the Commonwealth of Massachusetts file with this court, certified copies of all Indictments involving the petitioner together with Grand Jury minutes and full and complete trial court transcripts with this court and copies to petitioner

Signed under the pains and penalties of perjury and in accordance with 28 U.S.C. 1746, this 30th day of October, 2004.

Present Mailing Address
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass. 01464

Respectfully Submitted
Walter E Palmer, Esquire
49 Samoset Rd.
P.O. Box 1776
Duxbury, Mass 02331

Petitioner — Pro Se
Walter E. Palmer

— 4 of 4 —