United States District Court
District of Massachusetts, Boston

FILED
IN CLERKS OFFICE

2004 NOV 12 A 3:05

U.S. DISTRICT COURT
DISTRICT OF MASS.

Walter E. Palmer, Petitioner

V.

Lois Russo, in her capacity as
Superintendent, Souza-Baranowski
Correctional center, Respondent.

Case No.

Affidavit of Petitioner In Support
of Motion of Petitioner, Walter E.
Palmer, for Production and filing In
Court Certain Documents Pursuant
to Fed. R. Civ. P. Rule 34 and Just
and fairness

I, Walter E. Palmer on oath depose and
state, under the pains and penalities the
following:—

1. That I, Walter E. Palmer, was born
September 16, 1928, at Newton, Massachusetts and
have been married to Eleanor G. Palmer
since october 22, 1955. That my domicile
and residence is 10 c Beals Cove Road,
Hingham, Plymouth County, Massachusetts 02043,

2. That I am being physical held, pending
ongoing appeal, since November 5, 1999 at
Massachusetts Correctional Department, and since
September 2, 2004 at Souza-Baranowski
Correctional center, P.O. Box 8000, Shirley,
Massachusetts 01464.

3. That at the present time I do Not have access to my legal material, being held in the care, custody and control of "Property Department" at Souza-Beranowski correctional Center, P.O. Box 8000, Shirley, massachusetts 01464 which consists of documents required to be filed with my petition For Habeas Corpus pursuant to 28 U.S.C. 2254. Those Documents are Certified Copies of Indictments, which are the Subject of Habeas Corpus petition, in the above entitled case, certified copies of both decisions of the massachusetts Supreme Judicial Court dated January 29, 2004 and the massachusette Appeals Court, and copy of petitioner Pro Se Application For Further appellate Review to the Supreme Judicial Court, and certified copies of Docket Sheet entries of Appeals Court and Suffolk County Superior Court, and memorandum of law In Support of Petitioner's petition For Habeas Corpus, and copy of Memorandum of Suffolk County Superior Court Judge Joseph Grasso Jr., as to imposition of Sentence of

petitioner, Walter E Palmer.

4.    That Walter E Palmer has requested orally and in writing from Sgt. Jimmie Boari's of the "Property Department and correctional officer Anthony Cervassi. I have Not been denied access but neither have I received access to legal material. I have been advised that my legal material has arrived at Souza-Baranowski under recent date, from Massachusetts Correctional center of Norfolk, Norfolk, Massachusetts, from which I was transferred on September 2, 2004, bearing in mind that is Now October 30, 2004. I am aware that the clock is ticking, on time to file petition for Habeas Corpus of (1) one year from January 29, 2004 in this case, the date the Massachusetts Supreme Judicial court denied further Appellate Review.

Signed under the pains and penalities of perjury and in accordance with 28 U.S.C. 1746, this 30th day of October, 2004.

Present mailing Address

Walter E Palmer
Souza-Baranowski
correctional center
P.U. Box 8000
Shirley, Mass. 01464

Respectfully Submitted
Walter E. Palmer, Esquire
Walter E. Palmer
49 Samoset Road
P.O. Box 1776
Duxbury, Mass. 02331
Petitioner Pro Se