United States District Court
District of Massachusetts (Boston)

Walter E. Palmer, Petitioner

v.

Lois Russo, in her capacity as Superintendent, Souza-Baranowski Correctional Center, Respondent

Case No.

## Certificate of Service and Affidavit of Petitioner

I, Walter E. Palmer, above captioned Petitioner, have caused to be mailed postage pre-paid or hand delivered to Thomas F. Reilly, in his capacity as Attorney General of the Commonwealth of Massachusetts, 1 Ashburton Place, Boston, Mass. 02108, a copy of Petitioner Walter E. Palmer's Petition for Habeas Corpus and "Motion of Petitioner, Walter E. Palmer for Production and filing in court certain Documents Pursuant to Fed. R. Civ. P. Rule 34, and any other Rule based upon fairness and justice, and Affidavit of Petitioner in Support of Motion.

Signed under the pains and penalties of perjury and in accordance with 28 U.S.C. 1746, this 30th day of October, 2004.

Present Mailing Address:
Walter E. Palmer
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, Mass.
01464

Respectfully Submitted
Walter E. Palmer, Esquire
*Walter E. Palmer*
49 Samoset Road
P.O. Box 1776
Duxbury, Mass.
02331

Petitioner, Pro Se