Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass. 02331

FILED
CLERK'S OFFICE

October 30, 2004

Clerk's Office
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

Hand Delivered

Re: Petitioner, Walter E. Palmer
Habeas Corpus Petition
28 U.S.C. 2254

Dear Clerk,

Petitioner, Walter E. Palmer, is pro se and an Attorney, and is a Massachusetts state prisoner at Massachusetts Department of Correction at Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Mass., 01464.

Walter E. Palmer's Domicile and residence is Plymouth County, Massachusetts at 10C Beals Cove Road, Hingham, Massachusetts 02043, with his wife, Eleanor G. Palmer.

Enclosed please find the following for Filing and Docketing, and presenting to Court, motion:—

1. Money order and/or certified check for entry fee in the amount of ($5.00) five dollars, payable to Clerk, United States District Court District of Massachusetts;

2. Three (3) completed Civil Cover Sheets. If any additional requirement needed, my brother Robert Waldron is authorized by me to complete;

3. Three (3) Petitions for Habeas Corpus

— 1 of 3 —

Pursuant to 28 U.S.C. 2254, signed by Walter E. Palmer, Petitioner.

1. Motion (handwritten) of Petitioner, Walter E. Palmer, to respondents Lois Russo, in her capacity, as Superintendent of Commonwealth of Massachusetts Souza-Baranowski Correctional Center, and Thomas F. Reilly, in his capacity, as Attorney General of the Commonwealth of Massachusetts, to produce for this Court and the petitioner, certain documents being held in their care, custody and control, for which the petitioner is unable to produce as an incarcerated pro se prisoner, and for which the above named respondents, in this case, have the care, custody and control of the Following :— (1) Certified copies of Indictments of Petitioner Walter E. Palmer, (2) Certified copies of the Commonwealth of Massachusetts decisions of both the Supreme Judicial Court dated January 29, 2004, and the (3) Commonwealth of Massachusetts Appeals Court decision, together with (4) Petitioner's Pro Se Application For Further Appellate Review To Supreme Judicial Court and (5) Brief of Petitioner's Counsel to Massachusetts Appeals Court; (6) Grand Jury Minutes, in this case; (7) Copy of Memorandum of Suffolk County Superior Court Judge Joseph Grasso, Jr., as to Sentence to Petitioner in

Response to motion of Petitioner., (8.) certified copies of Docket Sheets of Massachusetts Appeals Court and Suffolk County Superior Court and (9.) copy of Petitioner's Memorandum of Law In Support of Petitioner's Petition For Habeas Corpus, being held under the care, custody and control of Respondent, Lois Russo, Superintendent, Souza-Baranowski Correctional Center, at "Property Department" P.O. Box 8000, Shirley, Mass., 01464., (10.) Full transcript of trial court;

5.  Copy of trial court testimony of Petitioner (certain pages missing), "Exhibit "A"

6.  Certificate of Service of Petitioner, Walter E. Palmer.

Signed this 30th day of October, 2004 under the pains and penalties of perjury.

Present Mailing Address
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass. 01464

Respectfully Yours
Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass. 02331
Pro Se Petitioner

Walter E. Palmer

P.S. Also enclosed Affidavit of Walter E Palmer, Petitioner