UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER PALMER )<br>      Petitioner, )<br> )<br>v. )<br> )<br>LOIS RUSSO )<br>      Respondent. )<br> ) | Civil Action No. 04-12426-NG |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, Lois Russo, the Superintendent of the Souza- Baranowski Correctional Center, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: December 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2004, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Walter Palmer, *pro se*, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

_____
Eva M. Badway