UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WALTER E. PALMER
        PETITIONER

V.

LOIS RUSSO, IN HER CAPACITY AS SUPERTINDENT
OF SOUZA-BARANOWSKI CORRECTIONAL CENTER
        RESPONDENT

CASE NO.
Civil Action
04-12426-N.G.

Motion of Petitioner, Walter E. Palmer to Extend time to file opposition and memorandum of Law, in Support to February 11, 2005

Now comes the above captioned petitioner, a State of Massachusetts prisoner, at Souza-Baranowski Correctional Center, and respectfully requests he be allowed to extend time to file an opposition and memorandum of Law, in support, to respondents motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(6) to petitioner's petition for writ of Habeas Corpus, pursuant to 28 U.S.C. 2254, to and including February 11, 2005, in order to complete typing memorandum of Law.

Petitioner only has access to prison typewriter twice a week, for (4) four hours and (3) three times a week, every other week, for (6) six hours. However, that is Not

alway the rule, because of various prison "lock downs", when typewriters in Law Library **Not** Available, at all.

Petitioner's typewriter was damaged by Department of Correction personnel in transfer from Massachusetts Correctional Center, Norfolk, Massachusetts, on September 2, 2004, and **Not** Available presently.

Petitioner apologizes to court for this handwriting motion.

Signed under the pains and penalties of perjury and in accordance with 28 USC, 1746, this 17th day of January, 2005.

<u>Present Mailing Address</u>
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass. 01464
January 17, 2005

Respectfully Submitted
Walter E. Palmer, Esquire
_Walter G. Palmer_
Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass. 02331

<u>Certificate of Service</u>

I hereby certify that on January 17, 2005, I caused a copy of handwritten motion to Extend time to be served by First Class-mail, postage prepaid, upon Eva M. Badway, Esq. Asst. Attorney General, Criminal Bureau, Attorney General's office, one Ashburton Place, Boston, Mass. 02108.

Dated: January 17, 2005

_Walter G. Palmer_
Petitioner Pro Se