UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:43

U.S. DISTRICT COURT
DISTRICT OF MASS

WALTER E. PALMER
PETITIONER

V.

LOIS RUSSO, IN HER CAPACITY AS SUPERTINDENT
OF SOUZA-BARANOWSKI CORRECTIONAL Center
Respondent

Civil Action No.
04-12426-N.G.

Motion of Petitioner, Walter E. Palmer, To Extend Date To File Opposition to Respondent's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) to February 25, 2005

Now comes the above captioned petitioner, and respectfully requests the court to extend time to file opposition with memorandum of law in support to February 25, 2005, in order to complete typing, as petitioner has not had sufficient time in Law Library, where typewriters are located, because of prison "lockdowns" and holidays, and petitioner's typewriter has not been returned from being repaired to date.

Petitioner does not expect to request any further extensions, to file opposition to Respondent's motion to Dismiss.

Petitioner again apologizes to the court for handwriting motion, as typewriter not available.

— 1 of 2 —

Signed under the Pains and penalties of perjury and in accordance 28 U.S.C. 1746. this 8th day of February, 2005

Respectfully Submitted,
Walter E. Palmer, Esquire
Petitioner, Pro Se

*Walter E. Palmer*
Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass. 02331

<u>Present Mailing Address</u>
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass. 01464

<u>Certificate of Service</u>

I, Walter E. Palmer, Petitioner, Pro Se, certify that on February 8, 2005, I caused a copy of Motion to Extend Date to file Opposition to Respondents Motion to Dismiss, Pursuant to Fed. R. Civ. P. 12(b)(6), to February 25, 2005, to be served by First-class mail, postage prepaid upon, Eva M. Badway, Esquire, Asst. Attorney General, Office of the Commonwealth of Massachusetts Attorney General, One Ashburton Place, Boston, Massachusetts, 02108-1598

*Walter E. Palmer*
Walter E. Palmer, Esquire
Petitioner Pro Se

— 2 of 2 —