UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WALTER E. PALMER
    PETITIONER

V.

LOIS RUSSO, IN HER CAPACITY AS
SUPERTINDENT OF SOUSA-BARANOWSKI
CORRECTIONAL CENTER
    RESPONDENT

Civil Action
No. 04-12426-NG

MOTION OF PETITIONER TO FILE MEMORANDUM OF LAW
IN EXCESS OF PAGE LIMITATION

Now comes the above captioned petitioner, Walter E. Palmer and respectfully requests the court that he permitted to file with the court "Memorandum of Law In Support of petitioner's Opposition to Respondent's Motion To Dismiss, dated February 14, 2005, and filed with this court on February 24, 2005, nun pro tunc as of February 24, 2005, under L.R. Fed R. Civ. P.7.1(B)(4), for the following reasons and grounds:

1. the petitioner is, and continues to be, held in physical custody, as a prisoner, since November 4, 1999, and continuing, and presently at Massachusetts Department of Corrections at Souza-Baranowski, Correctional Center, P.O. Box 8000, Shirley, Mass., 01464;

2. this court granted petitioner's motion for extension of time to file response to Respondent's Motion To Dismiss For Extension if time until February 25, 2005;

3. Respondents Motion To Dismiss involves challenges to Sixteen of petitioner's twenty-four claims, in petitioner's petition for Habeas Corpus, pursuant to 28 U.S.C.2254, which petition involves the professional conduct of the petitioner practicing his pro-

fession as a licensed lawyer and in the same professional context as a duly appointed fiduciary, which required good faith response in opposition, with citations to legal authority;

4.    the petitioner on February 24, 2005, filed with the court, an Opposition together with a "Memorandum of Law In Support of Opposition, consisting of (179) one-hundred and Seventy-Nine pages, with attach Exhibits (27 pages), all in good faith, based on respondents Motion To Dismiss petitioner's claims (1) One, (4) Four, (7) Seven,(8) Eight, (10) Ten, (11) Eleven; (12) Twelve, (13) Thirteen, (14) Fourteen, (15) Fiftheen, (18) Eighteen, (19) Nineeteen, (20) twenty, (21) twenty-one, (22) twenty-two, (23) twenty-three and (24) twenty-four.

**WHEREFORE**, Petitioner, Walter E. Palmer, respectfully moves, pursuant to L.R. Fed.R. Civ.P. 7.1(B)(4), and for just and good cause, grant the petitioner, the filing of the Memorandum of Law, on February 24, 2005, nun pro tunc, as of February 24, 2004. Signed under the pains and penalties of perjury and in accordance with 28 U.S.C 1746, this 28 day of March, 2005.

Respectfully Submitted by
Walter E. Palmer, Esquire

**PRESENT MAILING ADDRESS**
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O.Box 8000
Shirley, Mass., 01464

Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass., 02331
Petitioner    (Pro Se)