UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WALTER E. PALMER
      PETITIONER

V.

LOIS RUSSO, IN HER CAPACITY AS
SUPERTINDENT OF SOUZA-BARANOWSKI
CORRECTIONAL CENTER
      RESPONDENT

CIVIL ACTION
NO

## MOTION OF PETITIONER TO ADVANCE ON THE COURT DOCKET ON AN EXPIDITED BASIS

Now comes the above captioned petitioner, Walter E. Palmer, and respectfully moves the court, subject to other matters before the court, in this case at bar, be placed on the court's docket on an expidated basis, for the following reasons and grounds:

1. the petitioner, Walter E. Palmer, was born, September 16, 1928 at Newton, Massachusetts (age 76 years old), based upon advanced age;

2. the instant case has been pending on appeal for over (5) five years, and the petitioner, Walter E. Palmer, has been incarcerated, since November 4, 1999, and continuing;

3. the appeal has been delayed because of confiscation of the petitioner's legal material by Commonwealth of Massachusetts Department Correctional Officers, under orders, of petitioner's trial court transcripts, legal mail, legal research, court pleadings, in obstruction of petitioner's access to court in the case at bar; see petitioner's Affidavit and petitioner's Memorandum of Law;

4.  In support of above captioned motion, see accompanying Affidavit of petitioner, Walter E. Palmer, dated March 18, 2005, with attach Exhibits (32 pages), and Petitioner, Walter E. Palmer's, Memorandum of Law, dated April 10, 2005, with attach Exhibits (128 pages).

WHEREFORE, the petitioner, Walter E. Palmer, respectfully moves, subject to other matters before the court, in this case, based on the foregoing, that the case at bar before the court, be advanced on the court's docket, on an expidited basis for hearing. Signed under the pains and penalties of perjury and in accordance with 28 U.S.C. 1746(2), this 12th day of April, 2005.

Respectfully Submitted,
Walter E. Palmer, Esquire

*Walter E. Palmer*
Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass., 02331

PRESENT MAILING ADDRESS
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass.  01464

REQUEST FOR ORAL ARGUMENT