UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WALTER E. PALMER
    PETITIONER

V.

Civil Action No. 04-12426-NG

Lois Russo, In Her Capacity As
Supertindent of Sousa-Baranowski
Correctional Center
    Respondent

CERTIFICATE OF SERVICE AND
DECLARATION AND AFFIDAVIT

I Walter E. Palmer, hereby certify that I have caused an original to be filed in the clerk's office of the United States District Court For The District Of Massachusset, United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, Mass. 02210 and a copy to be mailed postage prepaid, or hand deliver to Eva M. Badway, Esquire. Asst Attorney General, Office of Attorney General, One Ashuburton Place, Boston, Mass. 02108,

1. Motion of petitioner to Expand Record pursuant to Habeas Corpus Rule 7 under 28 U.S.C. 2254; Motion of petitioner, attacking, and challenging indictments, Massachusetts statutes, as applied, unlawful and unconstitutional, to convinction and Immediate Release from custody; motion of petitioner to advance on the court docket; motion of petitioner to set aside, vacate and/or dismiss sentence, as unlawful and unconstitutional and to immediately release petitioner from physical custody; petitioner's Memorandum of Law, dated April 19, 2005 consisting of (128 pages with exhibits); and Motion of petitioner, permission

to File Memorandums of Law and Motions in Excess of Page Limitation, dated May 5, 2005, and Certificate of Service dated May 10, 2005. Affidavit of Walter E. Palmer,;Supplemental Memorandum of Law, dated May 10, 2005.
Signed under the pains and penalties of perjury and in accordance with 28 U.S.C. 1746(2), this 10th day of May, 2005.

                                    Respectfully Submitted by
                                    Walter E. Palmer, Esquire
                                    Petitioner   (pro se)

                                    /s/ Walter E. Palmer
                                    Walter E. Palmer, Esquire
                                    49 Samoset Road
                                    P.O. Box 1776
                                    Duxbury, Mass., 02331

**PRESENT MAILING ADDRESS**        Petitioner   Pro  Se
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass., 01464

Copy to:

Eva M. Badway, Esquire
Asst. Atty. General

—2 of 2—