```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **WALTER E. PALMER,**   ) | |
|     **Petitioner,**   ) | |
| ) | |
|     v.   ) | C.A. No. 04-12426-NG |
| ) | |
| **LOIS RUSSO,**   ) | |
|     **Respondent.**   ) | |

**GERTNER, D.J.:**

### ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Decision, Walter E. Palmer's petition for habeas corpus relief is **DISMISSED**. Respondent Lois Russo's motion to dismiss [document #10] is therefore **GRANTED**. Palmer's successive motions – Motion to Set Aside [document #19], Motion for Miscellaneous Relief [document #21], Motion for Miscellaneous Relief [document #22], and Motion for Expansion of Record [document #23] – are all hereby **DENIED** as moot.

**SO ORDERED.**

**Dated: August 24, 2005**                    **s/ NANCY GERTNER U.S.D.J.**