UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

WALTER E. PALMER
      PETITIONER

V.

LOIS RUSSO, IN HER CAPACITY AS

SUPERTINDENT OF SOUZA BARANOWSKI
      RESPONDENT

C.A. No. 04-12426-NG

---

## APPLICATION FOR CERTIFICATE OF APPEALABILITY

The petitioner, Walter E. Palmer, as a State of Massachusetts prisoner being held in physical custody at the Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464, on August 31, 2005 received in hand from Correctional Officer Bruce Erickson, the following:

1. ORDER OF DISMISSAL Dated August 24, 2005

2. MEMORANDUM AND DECISION RE: RESPONDENTS MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS, dated August 25, 2005, consisting of 16 pages.

The petitioner, Walter E. Palmer, respectfully moves this Court pursuant to 28 U.S.C. section 2253(c)(1)(A) and (2) and Local Rule 22.1 to issue a certificate of appealability in the above captioned matter so that he may appeal the denial of his petition for a writ of habeas corpus. Attached is a supporting memorandum to aid the court in its consideration of this motion.

Signed under the pains and penalties of perjury W.E.P. and in accordance with 28 U.S.C. 1746 this 6th day of September, 2005.

PRESENT MAILING ADDRESS
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass., 01464

Respectfully Submitted
Walter E. Palmer, Esquire
Petitioner (Pro Se)
Walter E. Palmer
Walter E. Palmer Esquire