UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*Rec'd 9-14-05*

WALTER E. PALMER
PETITIONER

V.

Lois Russo, In Her Capacity As
Supertindent of Sousa-Baranowski
Correctional Center
Respondent

Civil Action No. 04-12426-NG

## CERTIFICATE OF SERVICE AND
## DECLARATION AND AFFIDAVIT

I Walter E. Palmer, hereby certify that I have caused an original to be filed in the clerk's office of the United States District Court For The District Of Massachusetts, United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, Mass. 02210 and a copy to be mailed postage prepaid, or hand deliver to Eva M. Badway, Esquire. Asst Attorney General , Office of Att-orney General, One Ashuburton Place, Boston, Mass. 02108, the following:

1. APPLICATION FOR CERTIFICATE OF APPEALABILITY

2. Petitioner's Objection to the court's Order of Dismissal

3. Petitioner's Objection to Court's Memorandum and Decision

    Re: Respondent's Motion To Dismiss Petition For Writ of Habeas

    Corpus, dated August 25, 2005, consisting of 16 pages.

    4. Memorandum of Law, under separate Mailing cover

Signed under the pains and penalities of perjury and in accordance with 28 U.S.C. 1746, this 6th day of September, 2005.

PRESENT MAILING ADDRESS
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass., 01464

Respectfully submitted
Walter E. Palmer, Esquire
Petitioner, (Pro Se)
*Walter E. Palmer*
Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass., 02331