UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

2005 OCT 17  P 2:42

WALTER E. PALMER
    APPELLANT--PETITIONER

FILED IN CLERK'S OFFICE
COURT OF APPEALS
FOR THE FIRST CIRCUIT

v.

LOIS RUSSO, IN HER CAPACITY AS
SUPERTINDENT OF SOUZA-BARANOWSKI
CORRECTIONAL CENTER
    APPELLEE--RESPONDENT

dc #04-cv-12426

RE: NOTICE OF APPEAL and

Now comes the above captioned Appellant-Petitioner, Walter E. Palmer, and APPEALS the denial by the United States District Court District of Massachusetts, Application For Certificate of Appealability, dated September 19, 2005, and received by Walter E. Palmer, Appellant-Petitioner, on September 21, 2005 at Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts where he is being held in physical custody as a State of Massachusetts state prisoner, to this court, for a Certificate of Appealability pursuant to 28 U.S.C. section 2253 (c)(1)(A) and (2) and Local Rule 22.1 to issue a Certificate of Appealability.

Signed under the pains and penalties of perjury and in accordance with 28 U.S.C. 1746, this 10th day of October, 2005.

                                        Respectfully Submitted
                                        Walter E. Palmer, Esquire

PRESENT MAILING ADDRESS      Appellant-Petitioner (Pro Se)
Walter E. Palmer
Souza-Baranowski              Walter E. Palmer, Esquire
Correctional Center          49 Samoset Road
P.O. Box 8000                  P.O. Box 1776
Shirley, Mass., 01464        Duxbury, Mass., 02331