## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12426

Walter E. Palmer

v.

Lois Russo, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 25, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __10/25/05__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12426-NG

Palmer v. Russo
Assigned to: Nancy Gertner
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/12/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
**Walter E. Palmer**

represented by **Walter E. Palmer**
W67291
Souza Baranowski Correctional Center
P.O. Box 8000
Harvard Road
Shirley, MA 01464
PRO SE

V.

**Respondent**
**Lois Russo**

represented by **Eva M. Badway**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 60169, filed by Walter E. Palmer. (Attachments: # 1 Part 2# 2 Part 3)(Filo, Jennifer) (Entered: 11/18/2004) |
| 11/12/2004 | 2 | MOTION for Production and Filing in Court, certain documents by Walter E. Palmer.(Filo, Jennifer) (Entered: 11/18/2004) |
| 11/12/2004 | 3 | AFFIDAVIT of Petitioner in Support re 2 MOTION for Production and Filing in Court, certain documents. (Filo, Jennifer) (Entered: 11/18/2004) |
| 11/12/2004 | 4 | CERTIFICATE OF SERVICE by Walter E. Palmer re 1 Petition for writ |

| | | |
|---|---|---|
| | | of habeas corpus (28:2254), 2 MOTION for Production and Filing in Court, certain documents. (Filo, Jennifer) (Entered: 11/18/2004) |
| 11/12/2004 | 5 | Letter/request (non-motion) from Petitioner. (Filo, Jennifer) (Entered: 11/18/2004) |
| 11/12/2004 | 6 | MEMORANDUM OF LAW by Walter E. Palmer to 1 Petition for writ of habeas corpus (28:2254). (Filo, Jennifer) (Entered: 11/18/2004) |
| 11/18/2004 | 7 | Judge Nancy Gertner : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Filo, Jennifer) (Entered: 11/18/2004) |
| 12/01/2004 | | Return receipt received for mail sent to Lois Russo and William Meade Delivered on 12/1/04 (Filo, Jennifer) (Entered: 03/23/2005) |
| 12/21/2004 | 8 | NOTICE of Appearance by Eva M. Badway on behalf of Lois Russo (Filo, Jennifer) (Entered: 12/30/2004) |
| 12/21/2004 | 9 | ANSWER to Petition for writ of habeas corpus by Lois Russo.(Filo, Jennifer) (Entered: 12/30/2004) |
| 12/21/2004 | 10 | MOTION to Dismiss by Lois Russo.(Filo, Jennifer) (Entered: 12/30/2004) |
| 12/21/2004 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss filed by Lois Russo. (Filo, Jennifer) (Entered: 12/30/2004) |
| 01/03/2005 | 12 | Supplemental Answer (STATE COURT RECORD) filed by Respondent. (Filo, Jennifer) (Entered: 01/03/2005) |
| 01/26/2005 | 13 | MOTION for Extension of Time to 2/11/05 to File Response/Reply as to 10 MOTION to Dismiss by Walter E. Palmer.(Filo, Jennifer) (Entered: 02/01/2005) |
| 02/03/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 13 Motion for Extension of Time to File Response/Reply re 10 MOTION to Dismiss Responses due by 2/11/2005 (Filo, Jennifer) (Entered: 02/03/2005) |
| 02/10/2005 | 14 | MOTION for Extension of Time to 2/25/05 to File Response/Reply as to 10 MOTION to Dismiss by Walter E. Palmer.(Filo, Jennifer) (Entered: 02/16/2005) |
| 02/16/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 14 Motion for Extension of Time to File Response/Reply re 10 MOTION to Dismiss Responses due by 2/25/2005 (Filo, Jennifer) (Entered: 02/16/2005) |
| 02/24/2005 | 15 | Opposition re 10 MOTION to Dismiss filed by Walter E. Palmer. (Filo, Jennifer) (Entered: 02/28/2005) |
| 02/24/2005 | 16 | MEMORANDUM in Opposition re 10 MOTION to Dismiss filed by Walter E. Palmer. (Filo, Jennifer) (Entered: 02/28/2005) |
| 03/08/2005 | | Judge Nancy Gertner : ELECTRONIC ORDER entered denying 2 |

| | | |
|---|---|---|
| | | Motion for Production and Filing in Court, certain documents (Filo, Jennifer) (Entered: 03/08/2005) |
| 05/24/2005 | 17 | MOTION for Leave to File Excess Pages by Walter E. Palmer.(Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 18 | MOTION for Leave to File Affidavit and Memorandum of Law, in excess of page limitation by Walter E. Palmer.(Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 19 | MOTION to Set Aside, Vacate and/or Dismiss Sentence by Walter E. Palmer.(Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 20 | MEMORANDUM in Support re 19 MOTION to Set Aside filed by Walter E. Palmer. (Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 21 | MOTION of Denial of Due Process, of Confiscation of Petitioner's legal Material and Obstruction of Petitioner's Access to Courts, and unreasonable delay and prejudice by Walter E. Palmer.(Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 22 | MOTION to Advance on the court docket on an expedited basis by Walter E. Palmer.(Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 23 | MOTION for Expansion of record by Walter E. Palmer.(Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 24 | SUPPLEMENTAL MEMORANDUM in Support re 19 MOTION to Set Aside filed by Walter E. Palmer. (Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 25 | AFFIDAVIT of Walter E. Palmer. (Filo, Jennifer) (Entered: 05/25/2005) |
| 05/24/2005 | 26 | CERTIFICATE OF SERVICE and Declaration and Affidavit by Walter E. Palmer. (Filo, Jennifer) (Entered: 05/25/2005) |
| 08/24/2005 | 27 | Judge Nancy Gertner: ORDER entered; MEMORANDUM AND ORDER RE: RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS(Filo, Jennifer) (Entered: 08/24/2005) |
| 08/24/2005 | 28 | Judge Nancy Gertner: ORDER entered; ORDER DISMISSING CASE (Filo, Jennifer) (Entered: 08/24/2005) |
| 09/09/2005 | 29 | Objection to 27 Memorandum & ORDER, and 28 Order Dismissing Case by Walter E. Palmer. (Filo, Jennifer) (Entered: 09/15/2005) |
| 09/09/2005 | 30 | MOTION for Certificate of Appealability by Walter E. Palmer.(Filo, Jennifer) (Entered: 09/15/2005) |
| 09/09/2005 | 31 | CERTIFICATE OF SERVICE by Walter E. Palmer re 29 Objection, 30 MOTION for Certificate of Appealability. (Filo, Jennifer) (Entered: 09/15/2005) |
| 09/14/2005 | 32 | MEMORANDUM in Support re 30 MOTION for Certificate of Appealability filed by Walter E. Palmer. (Attachments: # 1 Pages 25-50# |

| | | |
|---|---|---|
| | | 2 Pages 51-76# 3 Pages 77-92# 4 Pages 93-107)(Filo, Jennifer) (Entered: 09/20/2005) |
| 09/14/2005 | 33 | EXHIBITS re 32 Memorandum in Support of Motion by Walter E. Palmer. (Attachments: # 1 Part Two# 2 Part Three# 3 Part Four# 4 Part Five)(Filo, Jennifer) (Entered: 09/20/2005) |
| 09/19/2005 | | Judge Nancy Gertner : ElectronicORDER entered denying 30 Motion for Certificate of Appealability > (Gertner, Nancy) (Entered: 09/19/2005) |
| 10/17/2005 | 34 | NOTICE OF APPEAL as to Order on Motion for Certificate of Appealability by Walter E. Palmer. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Document received in COA in error on 10/17/05, forwarded to district court.) Appeal Record due by 11/7/2005. (Filo, Jennifer) (Entered: 10/25/2005) |