FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 NOV 25  P 1:21

U.S. DISTRICT COURT
DISTRICT MASS.

WALTER E. PALMER
            PETITIONER

V.                                                   DOCKET NO.
                                                     04-12426-N.G.

LOIS RUSSO, IN HER CAPACITY AS SUPERTINDENT OF
SOUZA-BARANOWSKI CORRECTIONAL CENTER
            RESPONDENT

MOTION OF PETITIONER TO NOTIFY UNITED STATES COURT OF
APPEALS FOR THE FIRST CIRCUIT, AND ACKNOWLEDGEMENT OF
PAYMENT BY PETITIONER OF FILING FEE, IN PETITIONER'S
APPEAL, TO UNITED STATES COURT OF APPEALS FOR THE
FIRST CIRCUIT

1.     The petitioner, Walter E. Palmer (Palmer) is presently being held in physical custody, as a state of Massachusetts prisoner, at the Commonwealth of Massachusetts Department of Corrections, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464, pending the ongoing appeal of the above captioned case, presently before the United States Court of Appeals For The First Circuit in case captioned-- Walter E. Palmer, Petitioner-Appellant v. Lois Russo, Respondent-Appellee (Docket No. 05-2625).

2.     On October 17, 2005 Palmer appealed this court's denial of Palmer's motion for the issuance of a Certificate of Appealability on September 19, 2005. Attach is copy of letter dated Octber 18, 2005 marked exhibit "A" and incorporated herein this motion.

3.     On October 31, 2005, Order of the United States Court of Appeals For The First Circuit (Docket No. 05-2625) directed that Palmer pay this court the United States District Court For District of Massachusetts filing fee of $255.00, for appeal. A copy of Order

1

of United States Court of Appeals For The First Circuit, dated October 31, 2005, is attached hereto, and marked as Exhibit "B", and incorporated to this motion for reference and made a part.
See Exhibit "C"--Appeance of respondent by Eva M. Badway, Asst Atty Gen.

4.    On Monday, November 7, 2005, petitioner Palmer's family caused to be mailed, on behalf of Palmer, to Clerk's Office of this court, the United States District Court District of Massachusetts (Docket No. 04-12426-NG.) pursuant to the court order of the United States Court of Appeals For The First Circuit, a Certified Bank Check, in the amount of $255.00, payable to clerk of this court for filing fee in appeal before the United States Court of Appeals For The First Circuit (Docket No. 05-2625)

5.    Palmer has been notified by United States Court of Appeals For The First Circuit that notification of the payment of the filing fee of $255.00, has not been received. Palmer has applied, and been granted, extensions to the payment acknowledgment in this court.

WHEREFORE, petitioner Palmer, respectfully moves, that this court grant this motion as an acknowledgement of payment of $255.00, for filing fee of Palmer's appeal of denial of Certificate of Appealability, pending in the United States Court of Appeals For The First Circuit, by this court, and for such other just and right relief as this court deems proper.

Signed under the pains and penalties of perjury and in accordance with 28 U.S.C. 1746, this 20th day of November, 2005.

PRESENT MAILING ADDRESS
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass., 01464

Respectfully Submitted
Walter E. Palmer, Esquire
Petitioner  (Pro Se)
Walter E. Palmer
Walter E. Palmer, Esquire
49 Samoset Road
P.O. Box 1776
Duxbury, Mass., 02331

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Gertner, Nancy entered on 9/19/2005 at 4:18 PM EDT and filed on 9/19/2005
Case Name:     Palmer v. Russo
Case Number:   1:04-cv-12426
Filer:
WARNING: CASE CLOSED on 08/24/2005
Document Number:

Docket Text:
Judge Nancy Gertner : ElectronicORDER entered denying [30] Motion for Certificate of Appealability > (Gertner, Nancy)

The following document(s) are associated with this transaction:

1:04-cv-12426 Notice will be electronically mailed to:

Eva M. Badway    eva.badway@ago.state.ma.us, appealsefilings@ago.state.ma.us

1:04-cv-12426 Notice will not be electronically mailed to:

Walter E. Palmer
W67291
Souza Baranowski Correctional Center
P.O. Box 8000
Harvard Road
Shirley, MA 01464

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

October 18, 2005

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No. 04-cv-12426   Walter E. Palmer v. Lois Russo, et al

Dear Ms. Thornton:

   Enclosed please find a misdirected notice of appeal that was filed in the United States Court of Appeals for the First Circuit on October 17, 2005.

   In accordance with Fed.R.App.P. 4, the notice of appeal/habeas petition is transmitted herewith. Please use the date of **October 17, 2005**, as the date of docketing the request in your court. If this pleading has also been received in your court, please do not duplicate.

                                           Sincerely,

                                    By: _____
                                           Appellate Liaison

DB/file

cc:  Walter E. Palmer
     SBCC
     PO Box 8000
     Shirley, MA  01464

# United States Court of Appeals
## For the First Circuit

---

No. 05-2625

WALTER E. PALMER,

Petitioner - Appellant,

v.

LOIS RUSSO,

Respondent - Appellee.

---

### ORDER OF COURT

**Entered: October 31, 2005**

    Petitioner has filed a notice of appeal from the denial of his motion for a certificate of appealability in CA No. 04-12426 (D. Mass.). While petitioner did not file a formal notice of appeal from the order of dismissal entered on August 24, 2005 dismissing his petition for writ of habeas corpus under 28 U.S.C. §2254, the motion for a certificate of appealability, filed on September 9, 2005, indicated his intent to pursue an appeal. Therefore, at this time, this court construes the motion for a certificate of appealability as a timely filed notice of appeal from the August 24, 2005 dismissal. Fed. R. App. P. 3(c)(4). The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. § 2253. The district court declined to issue a certificate of appealability on September 19, 2005. Petitioner filed his request for a certificate of appealability in this court on October 27, 2005.

    Petitioner-appellant is advised that by **November 14, 2005**, he must either 1) pay the $255 filing fee to the **district court**, or 2) file in the **district court** a motion to proceed in forma pauperis accompanied by a supporting affidavit. See Fed. R. App. P. 24; Appendix of Forms, Form 4. If appellant does not notify this court that he has taken either action by **November 14, 2005**, his appeal may be dismissed for lack of diligent prosecution. See Loc. R. 3(b).

    Once appellant pays the filing fee or receives in forma pauperis status on appeal, the case will be submitted to this court for a determination whether a certificate should issue. If a

certificate is denied, the appeal will be terminated.

By the Court:

Richard Cushing Donovan, Clerk

By_____
Operations Manager.

[cc: Mr. Palmer and Ms. Badway]



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

November 2, 2005

Mr. Richard Cushing Donovan
Clerk
United States Court of Appeals
For the First Circuit
John J. Moakley Courthouse, Suite 2500
Boston, Massachusetts 02210

RE:  **Palmer v. Russo**,
United States Court of Appeals for the First Circuit No. 05-2625

Dear Mr. Clerk:

Enclosed for filing in the above-referenced case is a notice of appearance. Thank you for your assistance.

Sincerely,

Eva M. Badway
Assistant Attorney General
(617) 727-2200, ext 2824

Enclosure

cc:   Walter E. Palmer, *pro se*

To be filed by:

# UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

## APPEARANCE FORM

Case No. 5-2625 Palmer v. Russo

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

_____Lois Russo_____ as the
(Specify name of person or entity represented)

[ ] appellant(s)          [x] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [x] respondent(s)        [ ] intervenor(s)

[ ] I do not represent a party to the appeal.

_____
(signature)

(SIGN ONLY IF PARTICIPATING)

Corrections:

Status: a

Eva M. Badway, AAG

Assistant Attorney General

Criminal Bureau

One Ashburton Place

Boston, MA 02108

Telephone: (617)727-2200x2824   Court Of Appeals Bar Number: 75752

Fax: (617)573-5358   E-Mail: eva.badway¶ago.state.ma.us

Has this case or any related case previously been on appeal?

Yes ____          Court of Appeals No. _____

No  x

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER E. PALMER
      Petitioner

v.

LOIS RUSSO,
      Respondent

Docket No. 04-cv-12426

CERTIFICATE OF SERVICE

I, Walter E. Palmer, the above captioned petitioner, hereby certify that I have cause to be mailed, postage prepaid, by First Class mail, a copy of Motion of petitioner to notify United States Court of Appeals For The First Circuit, and acknowledgment of payment by petitioner of filing fee in petitioner's appeal to United States Court of Appeals For The First Circuit, with Exhibits, to Eva M. Badway, Esquire, Asst. Attorney General, office of the Massachusetts Attorney General, One Ashburton Place, Boston, Massachusetts 02108, on the 20th day of November, 2005.

Signed under the pains and panalities of perjury and in accordance with 28 U.S.C. 1746, this 20th day of November, 2005.

Respectfully Submitted
Walter E. Palmer, Esquire
Petitioner (Pro Se)

/s/ Walter E. Palmer
Walter E. Palmer, Esquire

PRESENT MAILING ADDRESS
Walter E. Palmer
Souza-Baranowski
Correctional Center
P.O. Box 8000
Shirley, Mass., 01464

49 Samoset Road
P.O. Box 1776
Duxbury, Mass., 02331