# United States Court of Appeals
## For the First Circuit

No. 05-2625

WALTER E. PALMER,

Petitioner, Appellant,

v.

MICHAEL CORSINI,

Respondent, Appellee.

Before

Torruella, Lynch and Lipez,
<u>Circuit Judges</u>.

JUDGMENT

Entered: October 27, 2006

After reviewing the record in this case, we agree with the district court that petitioner did not raise his first amendment/<u>Strickland</u> claim before the state appellate court in a manner which would have alerted a reasonable jurist to the existence of a federal question. <u>Casella</u> v. <u>Clemons</u>, 207 F.3d 18, 20 (1st Cir. 2000). Since he raised this claim for the first time in his Application for Leave to Obtain Further Appellate Review in the SJC, the claim was not properly exhausted, <u>Gunter</u> v. <u>Maloney</u>, 291 F.3d 74, 81 (1st Cir. 2002) ("Raising a claim for the first time to the state's highest court on discretionary review is not fair presentation for purposes of exhaustion."), and his petition was appropriately dismissed.

The application for a certificate of appealability is <u>denied</u> and the appeal is <u>terminated</u>. All other requests for relief are

<u>denied as moot</u>.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

By: _____MARGARET CARTER_____
Chief Deputy Clerk.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: NOV 17 2006

[Cert. cc: Hon. Nancy Gertner and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Palmer and Ms. Badway]